STEVEN G. KALAR
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
OCTAVIO CEJA PARDO

FILED

MAY - 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>V.<br><br>OCTAVIO CEJA PARDO,<br><br>DEFENDANT. | CR 13-815 PJH<br><br>STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; [PROPOSED] ORDER |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of May 7, 2014 presently scheduled at 1:30 p.m., before the Honorable Phyllis J. Hamilton, be vacated and re-set for June 18, 2014, at 1:30 p.m.

This matter was continued to May 7, 2014, based on defense counsel's need to conduct investigation and obtain records from Mexico and Wisconsin. While the defense has completed witness interviews, the investigation and retrieval of records from Mexico is taking longer than anticipated. Additionally, defense counsel requested necessary records from Wisconsin regarding Mr. Ceja Pardo's prior conviction. Mr. Ceja Pardo's Wisconsin attorney mailed the

CR 13-815 PJH
Stip. to Cont. & Exclusion of Time; [Proposed] Order

1

records. However, they were lost in the mail, partially destroyed, and ultimately delivered the wrong address (in Wisconsin). She has re-sent the remaining records, but they have not yet arrived. Finally, through the investigation conducted thus far, it has become apparent that psychological evaluation of Mr. Ceja Pardo is necessary. Defense counsel has consulted with a psychologist who is willing to conduct the evaluation, but cannot complete it prior to the current court date. Defense counsel will be at a conference out of state from June 9 to June 13, 2014.

The parties agree and stipulate that the time until June 18, 2014 should be excluded, under 18 U.S.C. §3161(h)(7)(A), 18 U.S.C. §3161(h)(1)(A), and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts, to allow time for a psychological evaluation of Mr. Ceja Pardo, and to afford Mr. Ceja Pardo continuity of counsel.

DATED: April 30, 2014            /S/
                                 Ellen V. Leonida
                                 Assistant Federal Public Defender
                                 Counsel for Defendant OCTAVIO CEJA PARDO


DATED: April 30, 2014            /S/
                                 Brian Lewis
                                 Assistant United States Attorney

CR 13-815 PJH
Stip. to Cont. & Exclusion of Time; [Proposed] Order

2

**ORDER**

The court finds that the ends of justice served by the granting of the continuance outweigh the best interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts, to obtain a psychological evaluation of the defendant, and to afford the defendant continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to June 18, 2014 at 1:30 p.m., before the Honorable Phyllis J. Hamilton. Time is excluded until June 18, 2014 pursuant to 18 U.S.C. §3161(h)(1)(A), 18 U.S.C. §3161(h)(7)(A), and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: MAY - 5 2014

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE

CR 13-815 PJH
Stip. to Cont. & Exclusion of Time; [Proposed] Order